## FONTAINE *against* THE PHŒNIX INSURANCE COMPANY OF NEW-YORK.

Where a vessel, insured from New-York to Bordeaux, after being out about 30 days, was without firewood and oil or candles, so that for want of the necessary light, she was obliged to slacken sail, at night, and was retarded in her voyage; it was held that she was not *seaworthy*, though it appeared that she was supplied with 4 gallons of oil when she left *New-York*.

THIS was an action on two policies of insurance on the brig called the *Eliza*, and her cargo, at and from *New-York* to *Bordeaux*. The cause was tried at the *New-York* sittings, in *November*, 1811, before Mr. Justice *Van Ness*.

The *Eliza* sailed from *New-York* the 1st *November*, 1811, on the voyage insured. The master of the *Eliza* testified, that on the 12th *December*, in lat. 45, 20 north, and 8 west of *London*,

she was boarded by the *British* frigate *Cambrian*, and warned off. At the time the *Eliza* was boarded, she was in great distress for want of *fuel* and *candles;* the oil and candles having been entirely exhausted a few days before. The frigate, at first, sent firewood and candles on board, but not concluding to capture the *Eliza*, they were taken back to the frigate. The crew of the *Eliza* was obliged to burn the hencoops and other wood on deck, and could not, for the want of fire and candles, have proceeded to *England* or *Ireland.* The brig kept on a course in which she would be most likely to meet vessels, in order to obtain a supply of those articles. On the 14th *December* she was boarded by another *British* frigate, the *Revolutionaire,* who supplied the *Eliza* with wood sufficient for one day, but with no oil or candles. For the next 10 or 12 days, she was beating with the winds from E. to E. S. E. and E. N. E. and the weather bad and thick, so that no observation could be taken; that for want of light in the binnacle, the compass was kept on deck with a man to observe it, and the vessel was under no more sail than was sufficient, during the night, to keep the head of the vessel in that direction, and tacking. It was judged necessary, in this distress, for want of firewood and candles, for the preservation of vessel and crew, to steer for the nearest coast, in hope of falling in with some vessel that would supply those articles. They could not reach England or *Ireland,* and the *French coast* being much nearer, they made sail for the coast of *France.* On the 26th *December*, being 8 leagues distant from the *Cordovan* light-house, at the mouth of the *Garonne*, they were boarded by two *British* frigates, who took possession of the brig and cargo, and put a lieutenant and six men on board the *Eliza,* and ordered her to *Plymouth,* where she arrived the 30th *December*, and was detained by the captors.

The witness, on his cross-examination, said, that after being boarded by the *Cambrian*, the *Eliza* was not, at any time, steering for the coast of *France*, but was " wearing, tack and tack, steering to keep her own ground, in order to meet some vessel that would supply them with firewood and candles, and had they been supplied with them, they would have steered for *England;*" and that they had no intention, had it not been for their necessities, of making the *French* coast.

A master of a ship testified that the mean time for such a voyage was from 30 to 35 days; that 4 gallons of oil would have been sufficient, but that oil was liable to accident; that 20 pounds of

ALBANY,
Jan. 1813.

FONTAINE
v
PHŒNIX INS.
COMPANY.

candles would have been enough for light during such a voyage; that he thought a vessel unseaworthy, which, on a voyage from *New-York* to *Bordeaux*, should be out of oil, and candles, and firewood, in 42 days; that from the statement of the mate, of the situation of the *Eliza*, from the time she was boarded by the *Cambrian* until she was captured, she must have beat or tacked to have reached any of the ports near *Bordeaux*; and that she was not out of her course to *Bordeaux*, or the near ports, at the head of the *Bay of Biscay* when she was taken.

It was proved, that four gallons of oil were purchased for the use of the vessel, before she left *New-York.* The jury found a verdict for the plaintiffs.

A motion was made to set aside the verdict, and for a new trial.

*T. A. Emmet,* for the defendants.

*Colden,* contra.

*Per Curiam.* A ship, to be seaworthy when she sails, must, among other things, be provided with all necessary stores for the voyage. From the deposition of the mate, it appears very clearly, that the brig *Eliza* was not duly provided with the essential articles of firewood and oil, or candles. The great distress arising from the want of these articles, evidently retarded the voyage in the *Bay of Biscay.* She could not carry full sail at night, from the difficulty of seeing the compass; and if the weather had been dark and tempestuous, she would have been exposed to the greatest danger. She likewise kept wearing and tacking, in order to meet some vessel to relieve her distress; and her object, for some days, was rather searching for relief, than making the best of her way directly, diligently, and with full sail, for her port of destination. She lingered and delayed her voyage, in the *Bay of Biscay,* without any cause, other than what was imputable to the negligence of the master or owners. No reason is given why those articles failed; nor is it shown that she was duly supplied when she left port. It is unreasonable and unjust that the underwriters should be exposed to losses arising from such gross negligence in fitting out the ship. It is very probable that if the vessel had been seaworthy, she might have escaped the capture; and the verdict, on this point, is too plainly against evidence to be supported.

New trial granted, upon payment of costs.